AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 2:21 mj-24 | Date and time warrant executed: <br> 1/29/2021 @ 2:27pm | Copy of warrant and inventory left with: |
| Inventory made in the presence of : ||||

Inventory of the property taken and name of any person(s) seized:

1. Forensic extraction of iPad Pro
2. Image of Apple laptop
3. Forensic extraction of iPhone 12

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/20/2022

*Executing officer's signature*

ANDREW P. MCCABE Special Agent
*Printed name and title*